ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Thomas J. Davis, Inc. | ) ASBCA Nos. 62943, 62944 |
| | ) |
| Under Contract No. W912UM-19-D-0005 | ) |

APPEARANCE FOR THE APPELLANT:     Yong Eui Song, Esq.
                                    Central IP & Law
                                    Seoul, Korea

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                    Engineer Chief Trial Attorney
                                    Robert M. Sundberg, Esq.
                                    Engineer Trial Attorney
                                    U.S. Army Engineer District, Far East
                                    Seoul, Korea

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  September 23, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62943, 62944, Appeals of Thomas J. Davis, Inc., rendered in conformance with the Board's Charter.

Dated:  September 24, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals